# EXHIBIT 1

# SETTLEMENT AGREEMENT

This Settlement Agreement (the "Agreement") is made in the lawsuit captioned *John Hamric, et al. v. True North Management, LLC*, Case No. 1:16-cv-01216 (the "Lawsuit"), currently pending in the United States District Court for the Northern District of Ohio, Eastern Division (the "Court"), between all Representative and Opt-In Plaintiffs who have filed a Consent Form to be a Party Plaintiff (the "Plaintiffs"), and Defendant True North Management, LLC (the "Defendant").

This Agreement is made as a compromise between Plaintiffs and Defendant (collectively, the "Parties") for the complete and final settlement of the claims raised by Plaintiffs in the Lawsuit, including all state and federal wage and hour claims and claims for liquidated damages, interest, attorneys' fees, and costs. With respect to Plaintiff Hamric, this Agreement is also intended to serve as a general release of claims, for which he is receiving separate consideration.

## RECITALS

WHEREAS, on May 20, 2016, Plaintiff John Hamric initiated the Lawsuit;

WHEREAS, on various dates with and subsequent to the Complaint, the remaining Plaintiffs filed Consents Forms;

WHEREAS, Defendant filed an Answer and Defenses to the Complaint, which denied Plaintiffs' allegations;

WHEREAS, the Parties conducted preliminary discovery and engaged in mediation;

WHEREAS, the Parties recognize the outcome in the Lawsuit is uncertain and achieving a final result through litigation requires additional risk, discovery, time, and expense;

WHEREAS, after balancing the benefits of settlement against the costs, risks, and delay of continued litigation, Plaintiffs have agreed to settle the Lawsuit on the terms and conditions set forth in this Agreement. Plaintiffs believe the terms and conditions set forth in this Agreement are in the best interests of all of the Plaintiffs and represent a fair, reasonable, and adequate resolution of the Lawsuit;

WHEREAS, Defendant denies that any damages are owed to the Plaintiffs, and without admitting or conceding any liability or damages, and to avoid the burden, expense, and uncertainty of continuing the Lawsuit, Defendant has agreed to settle the Lawsuit on the terms and conditions set forth in this Agreement;

NOW THEREFORE, the Parties, intending to be legally bound, and in consideration of the mutual covenants and other good and valuable consideration set forth below, agree as follows:

## AGREEMENT

1. **Consideration.** To resolve Plaintiffs' claims Defendant agrees to make the gross settlement payment of $285,000.00 (the "Settlement Payment"). The Settlement Payment shall be allocated as follows:

    a. $133,088.96 as back wages and liquidated damages to Plaintiffs, and distributed as set forth in Exhibit A to this Agreement;
    b. $2,500.00 to Named Plaintiff Hamric for a general release of his individual claims and as a service payment;
    c. $142,095.42 as attorneys' fees to Plaintiffs' counsel; and
    d. $7,315.62 as advanced expenses to Plaintiffs' counsel.

Defendant represents that it does not oppose and agrees not to oppose the amounts (or the reasonableness of the amounts) to be paid to each of the Plaintiffs or the amount (or reasonableness of the amount) of attorneys' fees and costs to be paid to counsel for Plaintiffs, although said amounts shall be paid solely out of, and shall not total more than, the gross Settlement Payment.

Within 5 business days of the Court's approval of this Agreement, Defendant will deliver the Settlement Payment to Plaintiffs' counsel as follows: (a) separate checks made payable to each individual opt-in Plaintiff in the gross amounts provided by Plaintiffs for back pay and liquidated damages (subject only to required tax withholdings); (b) a separate check as service payment and additional consideration to Plaintiff Hamric; and (c) a separate check for attorneys' fees and costs. Plaintiffs' counsel shall deliver the settlement checks to Plaintiffs.

Defendant shall also pay the balance due to Jerome Weiss of Mediation Inc. directly for his service as mediator for the Parties in the context of the Lawsuit.

2. **Release of Class Claims.** Plaintiffs release and forever discharge Defendant from any and all claims, causes of action, demands, debts, obligations, damages or liability arising under state and federal wage and hour laws as asserted in the Lawsuit, including claims for unpaid overtime, liquidated damages, interest, attorneys' fees, and costs.

3. **Release of Hamric's Claims.** Plaintiff Hamric, individually, releases and forever discharges Defendant from any and all claims, causes of action, demands, debts, obligations, damages, or liability, known or unknown, that may exist as of the date this Agreement is executed, and although Plaintiff Hamric retains the right to file charges with governmental agencies and to participate in investigations or proceedings conducted by those agencies, Plaintiff Hamric further waives the right to any further administrative relief and any right to be re-hired by Defendant.

4. **Court Approval.** The Parties will cooperate, and take all steps necessary, to effectuate judicial approval of their settlement. Plaintiff's counsel will take the lead on drafting the motion for approval. In the event that the Court does not approve this Agreement, the Parties will not be deemed to have waived, limited, or affected in any way any claims, objections or defenses in the Lawsuit.

5. **Dismissal.** If the Court approves this Agreement, the Parties request that the Court will direct the Clerk of Court dismiss the Lawsuit with prejudice, including any claims asserted on behalf of any putative class members pursuant to Fed. R. Civ. P. 23. The Parties agree that the Court will retain jurisdiction over this Lawsuit to enforce the provisions of this Agreement.

6. **No Admission.** Defendant expressly denies any liability, responsibility or wrongdoing as alleged in the Lawsuit. The Parties understand and acknowledge this Agreement is the result of a compromise, and shall not be construed as an admission of liability, responsibility or wrongdoing by Defendant.

7. **Enforcement and Choice of Law.** This Agreement will be interpreted and enforced under the laws of the State of Ohio, without regard to its conflicts of law provisions, except where federal law applies. Counsel for both Plaintiffs and Defendant participated in the negotiation and drafting of the provisions of this Agreement, and therefore, this Agreement shall not be construed in favor of one party or against the other. If the parties disagree over any terms of this Settlement Agreement and cannot resolve the disagreement, they agree to submit the disagreement promptly to mediation before Jerome Weiss. Should mediation efforts prove unsuccessful, then any claim regarding the enforcement of the Agreement will be resolved solely and exclusively in the U.S. District Court for the Northern District of Ohio.

8. **Full and Complete Agreement.** This Agreement and all Exhibits thereto constitute the entire agreement of the Parties concerning the subjects included herein. The Parties acknowledge and agree that, before entering into this Agreement, they have had sufficient time to consider this Agreement and consult with legal counsel of their choosing concerning its meaning. When entering into this Agreement, the Parties have not relied on any representations or warranties made by the other Parties, other than the representations and warranties expressly set forth in this Agreement. No waiver, modification or amendment of the terms of this Agreement, whether purportedly made before, or after, the Court's approval of this Agreement, shall be valid or binding unless approved by the Court and made in writing, signed by or on behalf of all of the Parties, and then only to the extent set forth in such written waiver, modification, or amendment.

9. **Binding Agreement.** This Agreement shall be binding upon, and inure to the benefit of, the Parties and their agents, employees, officers, directors, representatives, beneficiaries, heirs, executors, administrators, predecessors, successors, and assigns.

10. **When Agreement Becomes Effective.** This Agreement shall become effective upon its approval by the Court.

11. **Counterparts.** The Parties may execute this Agreement in counterparts and execution in counterparts shall have the same force and effect as if the Parties had signed the same instruments. The Parties agree that signed facsimiles and .pdf copies have the same force and effect as originals. Each person executing this Agreement warrants and represents that such person has the authority to do so.

_____
John Hamric, on behalf of himself and as
Representative of the Opt-In Plaintiffs

Date: _11-16-16_

True North Management, LLC:

By: _____

Title: _CEO_

Date: _11-21-16_

4

# EXHIBIT A

Case: 1:17-cv-02028-JG Doc #: 5-1 Filed: 10/12/17 6 of 9. PageID #: 53

| EMPLOYEE | START | END | WEEKS | OVERTIME | TOTAL |
|---|---|---|---|---|---|
| Acosta, Vanessa V. | 5/20/2013 | 1/29/2016 | 140.57 | $ 2,037.10 | $ 4,074.20 |
| Adams, Trisha A. | 3/20/2015 | 7/5/2016 | 67.57 | $ 1,035.48 | $ 2,070.96 |
| Almond, Cheryl L. | 3/21/2014 | 12/26/2014 | 40.00 | $ 581.80 | $ 1,163.60 |
| Anderson, Jennifer L. | 1/3/2014 | 5/6/2016 | 122.00 | $ 1,678.49 | $ 3,356.98 |
| Bailey, Deborah H. | 12/13/2013 | 4/3/2015 | 68.00 | $ 942.73 | $ 1,885.46 |
| Barr, Veronica L. | 6/19/2015 | 7/5/2016 | 54.57 | $ 827.23 | $ 1,654.46 |
| Bates, John J. | 1/24/2014 | 11/27/2015 | 96.00 | $ 1,600.66 | $ 3,201.32 |
| Birtalan, Debra S. | 5/20/2013 | 4/24/2015 | 100.57 | $ 1,510.57 | $ 3,021.14 |
| Blackmon, Mary C. | 10/9/2015 | 4/8/2016 | 26.00 | $ 376.21 | $ 752.42 |
| Boggs, Danielle L. | 3/28/2014 | 6/10/2016 | 115.00 | $ 1,539.37 | $ 3,078.74 |
| Brown, Marlene J. | 1/9/2015 | 6/24/2016 | 76.00 | $ 1,205.46 | $ 2,410.92 |
| Butcher, Jesse L. | 12/26/2014 | 9/4/2015 | 36.00 | $ 523.52 | $ 1,047.04 |
| Calogar, Zachary S. | 5/9/2014 | 9/26/2014 | 20.00 | $ 267.27 | $ 534.54 |
| Carter, Brittany M. | 5/20/2013 | 5/15/2015 | 103.57 | $ 1,431.43 | $ 2,862.86 |
| Clark, David | 5/20/2013 | 6/7/2013 | 2.57 | $ 44.28 | $ 88.56 |
| Cox, Anna M. | 5/20/2013 | 4/17/2015 | 99.57 | $ 1,421.45 | $ 2,842.90 |
| Dawson, Michaela M. | 6/20/2014 | 7/17/2015 | 56.00 | $ 726.42 | $ 1,452.84 |
| DeJesus, Jennifer L. | 5/22/2015 | 11/6/2015 | 24.00 | $ 324.00 | $ 648.00 |
| Delgrosso, Katherine M. | 11/27/2015 | 3/4/2016 | 14.00 | $ 210.97 | $ 421.94 |
| Diak, Sarah D. | 7/19/2013 | 5/22/2015 | 96.00 | $ 1,340.80 | $ 2,681.60 |
| Fitzpatrick, Michael J. | 5/20/2013 | 12/26/2014 | 83.57 | $ 1,236.05 | $ 2,472.10 |
| Fomby, Meontia R. | 5/30/2016 | 7/5/2016 | 5.14 | $ 75.21 | $ 150.42 |
| Froning Sr., Matthew J. | 5/20/2013 | 7/5/2016 | 163.14 | $ 2,336.99 | $ 4,673.98 |
| Fugate, Christen L. | 10/31/2014 | 5/15/2015 | 28.00 | $ 361.70 | $ 723.40 |
| Garcia, Jenny I. | 5/20/2013 | 5/23/2014 | 52.57 | $ 839.98 | $ 1,679.96 |
| Goodvine, Jamesse L. | 10/9/2015 | 7/5/2016 | 38.57 | $ 554.59 | $ 1,109.18 |
| Gregory, Tomeco M. | 1/22/2016 | 5/27/2016 | 18.00 | $ 279.45 | $ 558.90 |
| Hamric, John L. | 10/30/2015 | 4/1/2016 | 22.00 | $ 341.99 | $ 683.98 |
| Holowatuk, Sandra L. | 8/14/2015 | 7/5/2016 | 46.57 | $ 659.99 | $ 1,319.98 |
| Hudson, Omar L. | 5/8/2015 | 11/6/2015 | 26.00 | $ 369.57 | $ 739.14 |
| Huffman, Clayton M. | 3/25/2016 | 7/5/2016 | 14.57 | $ 207.64 | $ 415.28 |
| Jackson, Caitlin J. | 1/9/2015 | 5/27/2016 | 72.00 | $ 1,008.22 | $ 2,016.44 |
| Jennings, Danielle K. | 5/16/2014 | 7/5/2016 | 111.57 | $ 1,542.48 | $ 3,084.96 |
| Johnson, Alyssa M. | 10/17/2014 | 8/7/2015 | 42.00 | $ 572.27 | $ 1,144.54 |
| Johnson, Carol A. | 5/20/2013 | 8/30/2013 | 14.57 | $ 214.42 | $ 428.84 |
| Johnson, DeAndrea S. | 5/20/2013 | 6/19/2015 | 108.57 | $ 1,492.18 | $ 2,984.36 |
| Johnson, Lori A. | 11/8/2013 | 5/23/2014 | 28.00 | $ 398.00 | $ 796.00 |
| Jones, LaBuena I. | 5/20/2013 | 8/30/2013 | 14.57 | $ 199.21 | $ 398.42 |

| EMPLOYEE | START | END | WEEKS | OVERTIME | TOTAL |
|---|---|---|---|---|---|
| Kelley, Annilie G. | 12/11/2015 | 3/18/2016 | 14.00 | $ 194.25 | $ 388.50 |
| Knight, Theresa L. | 10/24/2014 | 12/5/2014 | 6.00 | $ 85.50 | $ 171.00 |
| Koran, Kristy L. | 5/9/2014 | 3/11/2016 | 96.00 | $ 1,299.96 | $ 2,599.92 |
| Korell, Jean A. | 7/31/2015 | 7/5/2016 | 48.57 | $ 685.52 | $ 1,371.04 |
| Latimer, Candace M. | 3/11/2016 | 7/5/2016 | 16.57 | $ 246.80 | $ 493.60 |
| Lee, Kristen A. | 8/29/2014 | 1/16/2015 | 20.00 | $ 264.55 | $ 529.10 |
| Letner, Damon L. | 12/26/2014 | 3/4/2016 | 62.00 | $ 912.12 | $ 1,824.24 |
| Lewis, Marie A. | 5/20/2013 | 10/17/2014 | 73.57 | $ 1,172.15 | $ 2,344.30 |
| Looney, Kelli A. | 12/6/2013 | 7/3/2014 | 29.86 | $ 450.88 | $ 901.76 |
| Lopez, Jennifer M. | 5/20/2013 | 3/27/2015 | 96.57 | $ 1,514.71 | $ 3,029.42 |
| Lopez, Melissa R. | 9/5/2014 | 12/12/2014 | 14.00 | $ 178.50 | $ 357.00 |
| Mace, Erica L. | 2/15/2016 | 2/27/2016 | 1.71 | $ 22.50 | $ 45.00 |
| Marksch, Samantha R. | 12/27/2013 | 9/18/2015 | 90.00 | $ 1,401.24 | $ 2,802.48 |
| McCabe, Katie | 8/14/2015 | 4/22/2016 | 36.00 | $ 542.27 | $ 1,084.54 |
| McCarragher, Elizabeth A. | 5/20/2013 | 11/14/2014 | 77.57 | $ 1,137.86 | $ 2,275.72 |
| McKinley, John D. | 5/29/2015 | 8/7/2015 | 10.00 | $ 151.00 | $ 302.00 |
| Mcmahan, Tikima M. | 12/5/2014 | 8/28/2015 | 38.00 | $ 556.92 | $ 1,113.84 |
| Mendia Jr., Michael A. | 3/28/2014 | 3/27/2015 | 52.00 | $ 764.83 | $ 1,529.66 |
| Montgomery, Cheilion F. | 9/11/2015 | 10/23/2015 | 6.00 | $ 81.00 | $ 162.00 |
| Morris, Cynthia J. | 12/4/2015 | 12/31/2015 | 3.86 | $ 57.86 | $ 115.72 |
| Nasca, Samantha J. | 5/9/2014 | 11/20/2015 | 80.00 | $ 1,079.10 | $ 2,158.20 |
| Nickum, Anna M. | 10/2/2015 | 3/18/2016 | 24.00 | $ 371.35 | $ 742.70 |
| Palmer, Consuela A. | 6/28/2013 | 7/11/2014 | 54.00 | $ 742.89 | $ 1,485.78 |
| Patterson, Kathryn P. | 9/11/2015 | 1/15/2016 | 18.00 | $ 270.54 | $ 541.08 |
| Perez, Aundrae R. | 1/30/2015 | 8/28/2015 | 30.00 | $ 419.29 | $ 838.58 |
| Powell, Crystal A. | 1/22/2016 | 4/15/2016 | 12.00 | $ 176.14 | $ 352.28 |
| Powell, James L. | 5/20/2013 | 1/30/2015 | 88.57 | $ 1,270.39 | $ 2,540.78 |
| Powell, Melissa L. | 8/30/2013 | 5/23/2014 | 38.00 | $ 520.18 | $ 1,040.36 |
| Probst, Theresa L. | 5/20/2013 | 9/27/2013 | 18.57 | $ 283.31 | $ 566.62 |
| Pyles, Joyce E. | 4/25/2014 | 7/18/2014 | 12.00 | $ 164.73 | $ 329.46 |
| Romero, Maria D. | 5/31/2016 | 7/5/2016 | 5.00 | $ 75.00 | $ 150.00 |
| Salava, Matthew P. | 5/20/2013 | 7/5/2016 | 163.14 | $ 2,765.15 | $ 5,530.30 |
| Shriver, Richard A. | 2/28/2014 | 7/5/2016 | 122.57 | $ 1,822.57 | $ 3,645.14 |
| Smith, Becky J. | 12/27/2013 | 7/5/2016 | 131.57 | $ 1,965.99 | $ 3,931.98 |
| Smith, LaRee D. | 5/20/2013 | 11/20/2015 | 130.57 | $ 1,844.53 | $ 3,689.06 |
| Smith, Tabatha A. | 6/6/2014 | 9/12/2014 | 14.00 | $ 189.00 | $ 378.00 |
| Somody, Denise M. | 5/20/2013 | 10/17/2014 | 73.57 | $ 1,132.91 | $ 2,265.82 |
| Steinman, Courtney A. | 8/23/2013 | 5/15/2015 | 90.00 | $ 1,260.20 | $ 2,520.40 |

| EMPLOYEE | START | END | WEEKS | OVERTIME | TOTAL |
|---|---|---|---|---|---|
| Stewart, Christine M. | 10/9/2015 | 12/4/2015 | 8.00 | $ 117.00 | $ 234.00 |
| Suggs, Devante M. | 11/13/2015 | 1/22/2016 | 10.00 | $ 142.70 | $ 285.40 |
| Taylor, Angela M. | 5/20/2013 | 12/20/2013 | 30.57 | $ 424.41 | $ 848.82 |
| Tribbie, Kerry M. | 12/12/2014 | 10/30/2015 | 46.00 | $ 697.76 | $ 1,395.52 |
| Vitale, Michelle M. | 6/5/2015 | 7/5/2016 | 56.57 | $ 857.38 | $ 1,714.76 |
| Walker, Bethany C. | 5/20/2013 | 10/18/2013 | 21.57 | $ 307.37 | $ 614.74 |
| Wheeler Jr., Gerald L. | 11/27/2015 | 1/8/2016 | 6.00 | $ 87.75 | $ 175.50 |
| Williams, Milesia J. | 4/11/2014 | 2/27/2015 | 46.00 | $ 665.85 | $ 1,331.70 |
| Williams, Shyierra L. | 6/20/2014 | 5/22/2015 | 48.00 | $ 633.80 | $ 1,267.60 |
| Wise, Sarah R. | 1/22/2016 | 7/5/2016 | 23.57 | $ 349.15 | $ 698.30 |
| Woods, Courtney D. | 6/27/2016 | 7/5/2016 | 1.14 | $ 16.71 | $ 33.42 |
| Wright, Samuel W. | 5/20/2013 | 7/11/2014 | 59.57 | $ 855.05 | $ 1,710.10 |
| Zelasko Sr., Ronald J. | 5/20/2013 | 4/4/2014 | 45.57 | $ 750.68 | $ 1,501.36 |

### OPT-INS WITH INELIGIBLE DATES

| EMPLOYEE | START | END | WEEKS | | TOTAL |
|---|---|---|---|---|---|
| O'Brien, Donald P. | 11/9/2012 | 1/14/2013 | 0 | | $ 100.00 |
| Endicott, Corbett A. | 7/19/12 | 1/20/2013 | 0 | | $ 100.00 |
| Sarber, Mary L. | 12/20/2010 | 2/24/2013 | 0 | | $ 100.00 |
| Rodriguez, Amanda J. | 3/1/2013 | 3/29/2013 | 0 | | $ 100.00 |
| Smith, Syreeta D. | 9/24/2012 | 3/10/2013 | 0 | | $ 100.00 |

### SUMMARY

| | |
|---|---|
| Class Proceeds | $ 133,088.96 |
| Service Payment/Gen. Release (Named Pl. Hamric) | $ 2,500.00 |
| Fees & Costs | $ 149,411.04 |
| Total Settlement | $ 285,000.00 |