UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JELEICE WILLIAMS, On Behalf of Herself and All Others Similarly Situated,<br><br>   Plaintiff,<br><br>  vs.<br><br>TRUE NORTH ENERGY, LLC, *et al*,<br><br>   Defendants. | ) Case No. 1:17-cv-02028<br>)<br>) JUDGE CHRISTOPHER A. BOYKO<br>)<br>) MAGISTRATE JUDGE<br>) JONATHAN D. GREENBURG<br>)<br>) **STIPULATED ORDER AND FINAL**<br>) **JUDGMENT**<br>)<br>) |

  This matter is before the Court on the Parties' Joint Motion for Approval of Confidential Settlement and Stipulation of Dismissal with Prejudice ("Joint Motion") pursuant to § 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b).  The Joint Motion asks the Court to approve, as fair and reasonable, the proposed Settlement reached by the Parties and memorialized in the Confidential Settlement Agreement and General Release ("Release") attached to the Joint Motion as Exhibit A.

  Having reviewed the Joint Motion, the Release, and the pleadings and papers on file in this Action, and for good cause established therein, the Court enters this Stipulated Order and Final Judgment approving the Settlement, and the Release as follows:

  1. The captioned Lawsuit asserts wage-and-hour claims under the FLSA, 29 U.S.C. §§ 201-219, on behalf of Plaintiff Jeleice Williams.

  2. The Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under § 16(b) of the FLSA, 29 U.S.C. § 216(b).

  3. The Court approves the Release, and orders that the Settlement be implemented according to the terms and conditions of the Release and as directed herein.

4. The Court dismisses the claims of Plaintiff with prejudice, each Party to bear its own costs, and hereby enters final judgment. The Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Stipulated Order and Final Judgment immediately.

**SO ORDERED:**

Date:  7/26/2018           s/ Christopher A. Boyko
_____       _____

**SO STIPULATED:**

Respectfully submitted,

**ZASHIN & RICH CO., L.P.A.**

| /s/ *Christopher P. Wido* | /s/ *George S. Crisci* |
|---|---|
| Christopher P. Wido (0090441) | George S. Crisci (0006325) |
| **THE SPITZ LAW FIRM** | 950 Main Avenue, 4th Floor |
| 25200 Chagrin Boulevard, Suite 200 | Cleveland, OH 44113 |
| Beachwood, Ohio 44122 | Tel: 216/696-4441 |
| Telephone: 216.291.4744 | Fax: 216/696-1618 |
| Facsimile: 216.291.5744 | Email:  gsc@zrlaw.com |
| Email: chris.wido@spitzlawfirm.com | **Attorneys for Defendants** |
| **Attorney for Plaintiff Jeleice Williams** | |